**CIVIL CAUSE FOR CONFERENCE**:

BEFORE:   ROSS, J.         DATE:   4/26/19         TIME: 4:35 P.M.

DOCKET NO.:   19-cv-2432

TITLE:   Runs Like Butter Inc. v. MVI Systems LLC and Samuel Taub

PLTFFS ATTY:   David D. Lin

  __X__ present          _____ not present

DEFTS ATTY:   N/A

  _____ present          _____ not present

COURT REPORTER: N/A

  __X__ CASE CALLED

  _____ Conf. Adj'd to

On April 26, 2019, the court held a telephone call to discuss plaintiff's motion for a TRO and a preliminary injunction. Plaintiff will serve defendants with all papers as soon as possible. By Monday afternoon, plaintiff will file a letter to the docket updating the court regarding service of all papers and, if possible, providing the name of the lawyer who will be representing the defendants in this lawsuit. After the papers have been appropriately served, the court will schedule a telephone conference with all parties to discuss this matter.