**CIVIL CAUSE FOR CONFERENCE:**

BEFORE   Ross, J.     DATE:  Apr. 30, 2019    TIME:  12:30–12:48 PM

Docket No.    19-CV-2432

Title:    Runs Like Butter Inc. v. MVI Systems LLC et al.

P's Atty:    David D. Lin
  X  Present          ____ Not Present

  ____ Present          ____ Not Present

D (*pro se*):    Samuel Taub
  X  Present          ____ Not Present

  ____ Present          ____ Not Present

REPORTER:    Michele Lucchese

OTHER: _____

_____ CASE CALLED

_____ CONF. ADJ'D TO _____

Discussion of plaintiff's application for a temporary restraining order and preliminary injunction as set forth in the transcript of today's proceeding. Defendant Samuel Taub is advised that defendant MVI Systems LLC must be represented by counsel unless a default judgment is to be entered against it. Defendants are to obtain counsel at least for purposes of the preliminary-injunction motion. Defendant Taub is directed to inform plaintiff's counsel and the court as soon as defendants have retained counsel, today if at all possible.