**CIVIL CAUSE FOR CONFERENCE:**

BEFORE     Ross, J.          DATE:  Apr. 30, 2019       TIME:  3:59–4:18 PM

Docket No.     19-CV-2432

Title:         Runs Like Butter Inc. v. MVI Systems LLC et al.

Pl.'s Att'y:        David D. Lin
                 X  Present              ____ Not Present

                 ____ Present            ____ Not Present

Def.'s Att'y:       Max Moskowitz
                 X  Present              ____ Not Present

Def.:               Samuel Taub
                 X  Present              ____ Not Present

REPORTER:       Michele Lucchese

OTHER: _____

_____ CASE CALLED

_____ CONF. ADJ'D TO _____

Discussion of plaintiff's application for a temporary restraining order and preliminary injunction as set forth in the transcript of today's proceeding. Defendants' counsel to file a notice of appearance. Parties have agreed to sign a consent order transferring control of the domain names in question to plaintiff. Parties are directed either to sign the consent order that the court will post on the docket or to inform the court of any concerns with the order by noon on May 1, 2019. Parties are further directed to contact Magistrate Judge Orenstein and attempt to settle the case once the domain names have been transferred.