UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Runs Like Butter Inc., <br><br> *Plaintiff,* <br><br> – against – <br><br> MVI Systems LLC, *et al.,* <br><br> *Defendants.* | **1:19-CV-2432** <br><br><br><br> **Consent Order** |

    Upon consent of the parties, it is hereby ordered that the defendants, MVI Systems LLC and Samuel Taub, and Register.com, Inc., as the registrar of record for the domain names <butterflymx.net>, <butterflymx.org>, and <butterflymx.co> will immediately:

    a. record, change, transfer, or assist in changing the registration of record for the above-mentioned domain names into plaintiff's name and into an account with Register.com, under the plaintiff's sole control;

    b. change, transfer, point, or assist in pointing the DNS servers for the above-mentioned domain names to a server or servers of the plaintiff's choosing;

    c. change, transfer, point, or assist in pointing the email servers for the above-mentioned domain names to an email server or servers of the plaintiff's choosing; and

    d. place a legal lock on the above-mentioned domain names after the above transfers take place.

    The plaintiff will have full access to all functionality of the above-mentioned domain names, and the defendants will not impede the plaintiff's access in any manner.

_____
David D. Lin
Lewis & Lin LLC
81 Prospect St., Suite 8001
Brooklyn, NY 11201
*Attorney for the Plaintiff*

_____
Max Moskowitz
Ostrolenk Faber LLP
845 Third Avenue
New York, NY 10022
*Attorney for the Defendants*

So ordered.

/s/(ARR)
_____
Allyne R. Ross
United States District Judge

Dated: 5, 1, 2019
Brooklyn, New York