Max Moskowitz
OSTROLENK FABER LLP
845 Third Avenue
New York, New York 10022
Telephone: (212) 596-0500
Facsimile: (212) 382-0888
E-mail: mmoskowitz@ostrolenk.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
RUNS LIKE BUTTER INC. d/b/a BUTTERFLYMX : Case No. 1:19-CV-02432

          Plaintiff,

                                        : ANSWER TO COMPLAINT
      v.                                       : FOR CYBERSQUATTING;
                                         : TRADEMAR INFRINGEMENT;
MVI SYSTEMS LLC and SAMUEL TAUB,    : UNFAIR COMPETITION

          Defendants.
---------------------------------------------------------------------x

**ANSWER BY DEFENDANTS MVI SYSTEMS LLC AND SAMUEL TAUB**

Defendants MVI SYSTEMS LLC ("MVI SYSTEMS") and SAMUEL TAUB ("Taub) (collectively "MVI" or "Defendants,") by and through their attorneys and for their Answer to the Complaint, state as follows:

**PARTIES**

1. In response to paragraph 1 of the Complaint, MVI are without knowledge and information sufficient to respond to the allegations therein and, accordingly, deny the same.

2. In response to paragraph 2 of the Complaint, MVI admit the allegations therein.

3. In response to paragraph 3 of the Complaint, MVI admit the allegations therein.

{02406036.1}                                             1

4. In response to paragraph 4 of the Complaint, MVI admit the allegations therein.

5. In response to paragraph 5 of the Complaint, MVI deny the allegation therein.

6. In response to paragraph 6 of the Complaint, MVI deny the allegations therein.

7. In response to paragraph 7 of the Complaint, MVI deny the allegations therein.

## JURISDICTION AND VENUE

8. In response to paragraph 8 of the Complaint, MVI admit the allegations therein.

9. In response to paragraph 9 of the Complaint, MVI admit the allegations therein.

10. In response to paragraph 10 of the Complaint, MVI admit the allegations therein.

## FACT RELEVANT TO ALL CLAIMS

11. In response to paragraph 11 of the Complaint, MVI are without knowledge and information sufficient to respond to the allegations therein and, accordingly, deny the same.

12. In response to paragraph 12 of the Complaint, MVI are without knowledge and information sufficient to respond to the allegations therein and, accordingly, deny the same.

13. In response to paragraph 13 of the Complaint, MVI are without knowledge and information sufficient to respond to the allegations therein and, accordingly, deny the same.

14. In response to paragraph 14 of the Complaint, MVI are without knowledge and information sufficient to respond to the allegations therein and, accordingly, deny the same.

15. In response to paragraph 15 of the Complaint, MVI are without knowledge and information sufficient to respond to the allegations therein and, accordingly, deny the same.

16. In response to paragraph 16 of the Complaint, MVI is without knowledge and information sufficient to respond to the allegations therein and, accordingly, denies the same.

17. In response to paragraph 17 of the Complaint, MVI are without knowledge and information sufficient to respond to the allegations therein and, accordingly, deny the same.

18. In response to paragraph 18 of the Complaint, MVI are without knowledge and information sufficient to respond to the allegations therein and, accordingly, deny the same.

19. In response to paragraph 19 of the Complaint, MVI are without knowledge and information sufficient to respond to the allegations therein and, accordingly, deny the same.

20. In response to paragraph 20 of the Complaint, MVI are without knowledge and information sufficient to respond to the allegations therein and, accordingly, deny the same.

21. In response to paragraph 21 of the Complaint, MVI are without knowledge and information sufficient to respond to the allegations therein and, accordingly, deny the same.

22. In response to paragraph 22 of the Complaint, MVI admit the allegations therein.

23. In response to paragraph 23 of the Complaint, MVI admit the allegations therein.

24. In response to paragraph 24 of the Complaint, MVI are without knowledge and information sufficient to respond to the allegations therein and, accordingly, deny the same.

25. In response to paragraph 25 of the Complaint, MVI are without knowledge and information sufficient to respond to the allegations therein and, accordingly, deny the same.

26. In response to paragraph 26 of the Complaint, MVI are without knowledge and information sufficient to respond to the allegations therein and, accordingly, deny the same.

27. In response to paragraph 27 of the Complaint, MVI deny the allegations therein.

28. In response to paragraph 28 of the Complaint, MVI is without knowledge and information sufficient to respond to the allegations therein and, accordingly, denies the same.

29. In response to paragraph 29 of the Complaint, MVI is without knowledge and information sufficient to respond to the allegations therein and, accordingly, denies the same.

30. In response to paragraph 30 of the Complaint, MVI deny the allegations therein.

31. In response to paragraph 5 of the Complaint, MVI are without knowledge and information sufficient to respond to the allegations therein and, accordingly, deny the same.

32. In response to paragraph 32 of the Complaint, MVI deny the allegations therein.

33. In response to paragraph 33 of the Complaint, MVI deny the allegations therein.

34. In response to paragraph 34 of the Complaint, MVI deny the allegations therein.

35. In response to paragraph 35 of the Complaint, MVI is without knowledge and information sufficient to respond to the allegations therein and, accordingly, denies the same.

36. In response to paragraph 36 of the Complaint, MVI admit the allegations therein.

37. In response to paragraph 37 of the Complaint, MVI admit the allegations therein.

38. In response to paragraph 38 of the Complaint, MVI are without knowledge and information sufficient to respond to the allegations therein and, accordingly, deny the same.

39. In response to paragraph 39 of the Complaint, MVI deny the allegations therein.

## **FIRST CAUSE OF ACTION**

40. In response to paragraph 40 of the Complaint, MVI repeat their foregoing responses.

41. In response to paragraph 41 of the Complaint, MVI deny the allegations therein.

42. In response to paragraph 42 of the Complaint, MVI are without knowledge and information sufficient to respond to the allegations therein and, accordingly, deny the same.

43. In response to paragraph 43 of the Complaint, MVI deny the allegations therein.

44. In response to paragraph 44 of the Complaint, MVI deny the allegations therein.

45. In response to paragraph 45 of the Complaint, MVI deny the allegations therein.

46. In response to paragraph 46 of the Complaint, MVI deny the allegations therein.

47. In response to paragraph 47 of the Complaint, MVI deny the allegations therein.

48. In response to paragraph 48 of the Complaint, MVI is without knowledge and information sufficient to respond to the allegations therein and, accordingly, denies the same.

**SECOND CAUSE OF ACTION**

49. In response to paragraph 49 of the Complaint, MVI repeat their foregoing responses.

50. In response to paragraph 50 of the Complaint, MVI is without knowledge and information sufficient to respond to the allegations therein and, accordingly, denies the same.

51. In response to paragraph 51 of the Complaint, MVI deny the allegations therein.

52. In response to paragraph 52 of the Complaint, MVI deny the allegations therein.

53. In response to paragraph 53 of the Complaint, MVI deny the allegations therein.

54. In response to paragraph 54 of the Complaint, MVI is without knowledge and information sufficient to respond to the allegations therein and, accordingly, denies the same.

55. In response to paragraph 55 of the Complaint, MVI deny the allegations therein.

56. In response to paragraph 56 of the Complaint, MVI deny the allegations therein.

57. In response to paragraph 57 of the Complaint, MVI deny the allegations therein.

**THIRD CAUSE OF ACTION**

58. In response to paragraph 58 of the Complaint, MVI repeat their foregoing responses.

59. In response to paragraph 59 of the Complaint, MVI are without knowledge and information sufficient to respond to the allegations therein and, accordingly, deny the same.

60. In response to paragraph 60 of the Complaint, MVI deny the allegations therein.

61. In response to paragraph 61 of the Complaint, MVI deny the allegations therein.

62. In response to paragraph 62 of the Complaint, MVI deny the allegations therein.

63. In response to paragraph 63 of the Complaint, MVI are without knowledge and information sufficient to respond to the allegations therein and, accordingly, deny the same.

64. In response to paragraph 64 of the Complaint, MVI deny the allegations therein.

65. In response to paragraph 65 of the Complaint, MVI deny the allegations therein.

66. In response to paragraph 66 of the Complaint, MVI deny the allegations therein.

## FOURTH CAUSE OF ACTION

67. In response to paragraph 67 of the Complaint, MVI repeat their foregoing responses.

68. In response to paragraph 68 of the Complaint, MVI deny the allegations therein.

69. In response to paragraph 69 of the Complaint, MVI deny the allegations therein.

70. In response to paragraph 70 of the Complaint, MVI deny the allegations therein.

71. In response to paragraph 71 of the Complaint, MVI deny the allegations therein.

## FIFTH CAUSE OF ACTION

72. In response to paragraph 72 of the Complaint, MVI repeat their foregoing responses.

73. In response to paragraph 73 of the Complaint, MVI deny the allegations therein.

74. In response to paragraph 74 of the Complaint, MVI deny the allegations therein.

75. In response to paragraph 75 of the Complaint, MVI deny the allegations therein.

## AFFIRMATIVE DEFENSES

For further answer by way of affirmative defenses, MVI respectfully state as follows:

## FIRST AFFIRMATIVE DEFENSE

1. The Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

2.  MVI reserves the right to assert defenses that may become available during the course of discovery and reserves the right to amend its Answer to assert such defense.

## PRAYER FOR RELIEF

WHEREFORE, MVI respectfully requests that this Court enter judgment in its favor and against Plaintiff and grant relief as follows:

A.  A Judgment dismissing with prejudice Plaintiff's Complaint against MVI in its entirety, including all requests for relief therein;

B.  Any other relief as the Court may deem appropriate and just under the circumstances.

Dated: May 16, 2019

Respectfully submitted,

/s/ Max Moskowitz
Max Moskowitz
OSTROLENK FABER LLP
845 Third Avenue
New York, New York 10022
Telephone: (212) 382-0500
Facsimile: (212) 382-0888
E-mail: mmoskowitz@ostrolenk.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2019, I caused a true and correct copy of ANSWER BY DEFENDANTS MVI SYSTEMS LLC AND SAMUEL TAUB to be served on counsel of record via the ECF filing system pursuant to Federal and Local rules.

/s/ Max Moskowitz
Max Moskowitz