| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |

| | | | |
|---|---|---|---|
| Before: James Orenstein | | Date: | 6/26/2019 |
| U.S. Magistrate Judge | | Time: | 11:30 a.m. |

*Runs Like Butter Inc. v. MVI Systems LLC, et al.*
19-CV-2432 (ARR) (JO)

Type of Conference: Initial

Appearances: Plaintiff    David D. Lin

Defendant    Ariel Peikes

Scheduling: The next pretrial conference will be held on December 10, 2019, at 10:30 a.m.

Summary: The defendants agreed to the plaintiff's request to amend the previously filed consent order and to amend the complaint. The parties shall promptly submit for approval a mutually agreeable proposed amended consent order. Over the next 30 days, the parties will informally exchange information pertinent to their settlement negotiations. Unless they report a settlement by July 26, 2019, I will refer the parties to court-sponsored mediation. I will enter a case management and scheduling order that reflects the parties' acknowledgment at today's conference that fact discovery can be completed within four months and that they have no current plans to adduce expert testimony.

SO ORDERED

_____/s/_____
James Orenstein
U.S. Magistrate Judge