UNITED STATES DISTRICT COURT    Civil Conference
EASTERN DISTRICT OF NEW YORK   Minute Order

Before: James Orenstein         Date:   9/5/2019
    U.S. Magistrate Judge      Time:   2:30 p.m.

*Runs Like Butter Inc. v. MVI Systems LLC, et al.*
19-CV-2432 (ARR) (JO)

Type of Conference:  Status

Appearances: Plaintiff   David D. Lin

      Defendants  Max Moskovitz

SCHEDULING: The next pretrial conference will be held on December 10, 2019, at 10:30 a.m.

SUMMARY: The defendants counsel reported on the status of defendant MVI Systems transaction and agreed that the defendants will consent to the amendment of pleadings necessary to ensure that that the plaintiff's ability to secure relief is not affected by that transaction. The plaintiff may therefore file such an amended pleading on consent. I directed the defendants to plaintiff to produce to the plaintiff the relevant documents concerning the transaction by September 9, 2019. The request to file a motion for attachment appears to be moot.

              SO ORDERED

            _____/s/_____
            JAMES ORENSTEIN
            U.S. Magistrate Judge