# Ostrolenk
# Faber LLP
*Intellectual Property Law*

845 Third Avenue
New York, New York 10022
212.596.0500 / 212.382.0700
Fax 212.382.0888
www.ostrolenk.com
email@ostrolenk.com

*Partners*
Samuel H. Weiner
Robert C. Faber
Max Moskowitz
James A. Finder
William O. Gray, III
Charles P. LaPolla
Kourosh Salehi**
Michael F. Hurley
Charles C. Achkar

*Attorneys*
Martin J. Beran
George Brieger
Richard J. Danyko
Mark A. Farley
Marian E. Fundytus
Paul Grandinetti*
Sean P. McMahon
Ariel S. Peikes

*DC Bar
**Connecticut Bar

September 19, 2019

**VIA ECF**
U.S. Magistrate Judge James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Runs Like Butter Inc. d/b/a ButterflyMX v. MVI Systems LLC et al.*
            Case No.: 1:19-cv-02432-ARR-JO

Dear Magistrate Judge Orenstein:

    I represent the Defendants and write to provide to Your Honor additional documents, in advance of the forthcoming conference this coming Monday, concerning Plaintiff's allegation that defendant Samuel Taub engaged in a "fraudulent transaction."

    The Attachment A is an email (partially redacted) dated March 25, 2019 to the venture capital company that eventually invested one million dollars in MVI and resulted in the re-forming of MVI Systems into MVI Industries. This is prior to the filing of the Complaint herein, which was filed in April 2019. It makes no sense at all to characterize Mr. Taub's efforts to raise capital for his company, which started before this action was filed, as a "fraud." It would be extremely unfair and possibly ruinous to Defendants, if the Court were to permit Plaintiff unchecked access to ALL of Defendants' confidential business records to search for documents about a "fraud" that has never been defined and indeed never happened.

    The Attachment B is a copy of one of many similar emails sent by a third party competitor, named GateGuard, to the industry at large. The GateGuard email cites to this lawsuit and proclaims that MVI is being "liquidated" and offers to MVI's present customers to replace their already installed MVI intercom systems with a GateGuard system "free of charge." Many companies compete viciously. Courts have traditionally understood and respected litigants' requests that their highly confidential customer and financial records be subject to strict confidentially provisions.

{02449976.2}

Here too, Plaintiff is asking that MVI's assets be "attached" and that Plaintiff be granted complete and unbridled access to all of MVI's records, so plaintiff could search for a "fraud" that exists only in Plaintiff's mind. MVI is entitled to be protected from the mere possibility that Plaintiff's personnel might contact MVI's investors and customers, to harm MVI and/or to woo MVI's customers to Plaintiff.

Respectfully, Mr. Taub did not engage in any fraud and Plaintiff did not cite a scintilla of evidence pointing to anything constituting legal "fraud." At most, Mr. Taub can be accused of engaging in (arguably foolish) bravado, owing to his writing to Plaintiff's principal (whom he knew from business trade shows) to the effect "if you don't settle with me I will liquidate MVI".

The documents in Attachment C are the 3 pages sent to Plaintiff's counsel, which he complains are insufficient to dispel the existence of a "fraud." In fact, these documents further corroborate that the transaction that resulted in the creation of the new business entity MVI Industries was nothing more than a legitimate and ordinary business transaction that commenced prior to the filing of this action.

Defendants renew their request that the matter be submitted to mediation, which the Court has the right and power to order, and that regardless discovery proceed based on the current discovery requests that the parties served on each other, followed by depositions.

Respectfully submitted,

/s/Max Moskowitz
Max Moskowitz
OSTROLENK FABER LLP
845 Third Avenue
New York, New York 10022
Telephone: (212) 596-0500
Facsimile: (212) 382-0888
E-mail: mmoskowitz@ostrolenk.com

cc: Counsel for Runs Like Butter Inc. (via ECF)

ATTACHMENT A

---------- Forwarded message ---------
From: **Shragie Aranoff** <shragie.a@mvisystems.com>
Date: Mon, Mar 25, 2019 at 8:11 PM
Subject: MVI - ———————— DD1
To: Michael Ha——— <mha———@————.com>
CC: Jonathan Eh———— <JEh————@————.com>, Samuel Taub <samuel.t@mvisystems.com>

Hi Michael,

Sam and I enjoyed meeting with you today. We truly appreciated your interest and grasp of our products and Company, from just one meeting.

As promised, we prepared a very detailed "War Room" for you complete with all our latest Confidential deep dive due diligence material, provided under Jonathan's original NDA.

See the following Dropbox link. We will text you the password shortly.

https://www.dropbox.com/sh/auhmrch9flc536w/AACFFx37OnrYeRBXKdp————

We look forward to following up with you soon.

Warm regards,
Shragie


**Shragie David Aranoff**
*President, COO & Co-Founder*

Toll Free: 844-MVI-SYSTEMS
T: 347 960-4727
M: 516 817-2760

Visit us at: MVIsystems.com

*This email and any documents accompanying this transmittal may contain information that is confidential or legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance upon the contents of this transmittal is strictly prohibited, and any documents should be returned to the sender immediately. If you have received this transmittal in error, please notify the sender immediately by return email.*

--
**Samuel Taub**
*Chairman, CEO & Founder*



**MVI Systems, LLC**
2607 Nostrand Ave, 1st Flr
Brooklyn, NY 11210
Toll Free: **844-MVI-SYSTEMS**
T: **347 960-4726**

Visit us at: MVIsystems.com

*This email and any documents accompanying this transmittal may contain information that is confidential or legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance upon the contents of this transmittal is strictly prohibited, and any documents should be returned to the sender immediately. If you have received this transmittal in error, please notify the sender immediately by return email.*

ATTACHMENT B

**From:** Ari Teman <ari@teman.com>
**Sent:** Wednesday, September 11, 2019 2:55 PM
**Cc:** Levi Herman <levi@teman.com>
**Subject:** MVI "going out of business" – we'll replace them, 100% free for life!

Hi Josh and Saul,

As you may have read or seen in recent court filings, **MVI representatives (including its CEO, Samuel Taub) have indicated their company is "going out of business" and will soon be "liquidated."** (see attached email; additional documentation available <u>here</u>). Obviously, an intercom company going out of business means their service may be disrupted or terminated <u>without warning</u>. This will likely result in angry tenants, 311 complaints, and fines from the city.

To be helpful, **we'll replace any MVI device(s) with our GateGuard® AI Doorman intercoms <u>for free, with free installation</u>**. We're also including our 'Basic Plan' service package **free <u>for life</u>**.

Hundreds of landlords trust Teman services to protect and monitor their buildings, and we'll be around for years to come!

You can sign up at https://teman.com/GateGuard/?s=MVIOutOfBusiness or call or email us with questions.

Not only will this offer save you $15,000+ (in device and service fees), it will also help you avoid the headaches you'll inevitably encounter when your current intercoms stop working.

Please let us know how we can be helpful.

Ari

1



**Ari Teman | Founder | teman**™
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Services:
| | | |
|---|---|---|
| GateGuard | \| | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| **SubletSpy** | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
**NYC: Herald Square**
**Miami: Lincoln Road**

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

# ATTACHMENT C

X

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

Date of this notice: 07-26-2019

Employer Identification Number:
84-2488███

Form: SS-4

Number of this notice: CP 575 B

001316.170024.61655.5163 1 MB 0.428 530

MVI INDUSTRIES LLC
SAMUEL S TAUB MBR
2607 NOSTRAND AVE
BROOKLYN NY 11210

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

001316

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 84-2488534. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear-off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

              Form 1065                          03/15/2020

If you have questions about the form(s) or the due dates(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, Accounting Periods and Methods.

We assigned you a tax classification based on information obtained from you or your representative. It is not a legal determination of your tax classification and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, Entity Classification Election. See Form 8832 and its instructions for additional information.

# Exhibit A
## Post-Closing Structure Chart





**Department of Taxation and Finance**

Audit Division TDAB - Bulk Sales
W A Harriman Campus, Albany NY 12227

August 27, 2019

MVI Industries, LLC
2607 Nostrand Avenue
Brooklyn, NY 11210

Bulk Sale Number: 2019082779

  Purchaser: MVI Industries, LLC
    Seller: MVI Systems, LLC

Dear Sir/Madam:

This letter is in reference to the Notification of Sale, Transfer or Assignment in Bulk submitted to this office in accordance with the New York State Sales and Use Tax Law section 1141(c). This case has been assigned the above referenced bulk sale number.

As purchaser, in a bulk sale transaction, you are liable for sales tax on your purchase of tangible personal property from the seller. The tax is payable within 20 days of the date of transfer of title or the date of payment.

Please remit tax in the amount indicated below. This tax due was calculated by multiplying the tax rate by the selling price of the tangible personal property reported in your notification.

| | |
|---|---|
| Sales price of tangible personal property | $37,000.00 |
| Sales tax rate (%) | .08875 |
| Total tax due | $3,283.75 |

When responding, please return a copy of this letter with either proof of payment or your check for the *total tax due* above, made payable to *New York State Sales Tax*. Be sure to include the bulk sale number on your check.

If you need additional information or clarification, I may be reached at (518) 485-1145 between the hours of 7 am - 3 pm.

Sincerely,


Caren Rosch
Tax Technician I
**Transaction Desk Audit Bureau**

# Max Moskowitz

| | |
|---|---|
| **From:** | Max Moskowitz |
| **Sent:** | Monday, September 09, 2019 12:27 PM |
| **To:** | David D. Lin |
| **Cc:** | Lauren Valli; Max Moskowitz; Carol Kupferberg |
| **Subject:** | RE: Activity in Case 1:19-cv-02432-ARR-JO Runs Like Butter Inc. v. MVI Systems LLC et al Letter |
| **Attachments:** | Sales Tax (02450472x7A3C1).pdf; New Entity (02450537x7A3C1).pdf; Structure Chart (02450469x7A3C1).pdf |

David,

In response to your email below, I repeat herein what I represented to the court on behalf of the instant defendants. The re-forming of MVI SYSTEMS into the new entity called MVI INDURSTRIES LLC is the entire transaction that occurred here.
There is no other "liquidation".

Your musing that a "bulk sale" may involve sale of a business' assets "in whole or in part" is a truism, but irrelevant based on the representation made in open court.

To allay your client's concerns, I attach more documents produced to me by client this morning. The first attachment contains some sales data. The second attachment shows that the new entity MVI INDUSTRIES has a new Federal tax ID number (partially reacted to prevent mischief by your client), that its address is the same as that of MVI SYSTEMS, and that Samuel Taub is the person of record for the new entity. Effectively, this is a name change.

My client also sent me a one page "Structure Chart" for the new company (MVI INDUSTRIES) which shows that the venture capital company (name redacted) owns a 45% share of the new entity (in exchange for its investment of 1M).

My client is not oblivious to the fact that your client, the Plaintiff herein, has been in the Smart Intercom business for many years, that my client is just a start up whose actual "sales" of product have begun this year, and that the real motive behind this lawsuit is not really about "domain names" but actually to try to block my client from gaining any foothold in this market.

Indeed, my client came up with new ideas and has secured patents in this field, which your client would like to own, including by trying to "crush" my start up client with litigation costs. My client intends to fully defend itself. Time and discovery will show that the "domain names" are not what is driving this law suit. In fact, your client paid to Google's "ADWARE" program a fee, so that when someone typed into Google's search engine my client's company name "MVI," your client's business name BUTTERFLYMX appeared right above the search results.

I plan to send you, hopefully by tomorrow, a proposed Protective Order for some of the documents that may be produced during discovery. We need to assure that your client will not abuse documents being produced, including by attaching investors and other third parties, seeking to "pull the rug" under the Defendants, leave them without business revenue, and ultimately try to usurp my client's patents, which is the real "prize" that your client is after in this law suit.

Cordially,

Max Moskowitz
Ostrolenk Faber LLP
845 Third Avenue, New York, NY 10022

Telephone: (212) 596-0500

**From:** David D. Lin [mailto:david@ilawco.com]
**Sent:** Friday, September 06, 2019 6:14 PM
**To:** Max Moskowitz
**Cc:** Lauren Valli
**Subject:** Fwd: Activity in Case 1:19-cv-02432-ARR-JO Runs Like Butter Inc. v. MVI Systems LLC et al Letter

Max,

I write in reference to your letter to the Court today. Rather than burden Judge Orenstein with this matter late on a Friday afternoon, I am writing to inform you that we do not consider the "one-page New York State Department of Taxation and Finance official document" that you submitted to the Court to be in compliance with its order that you produce all "the relevant documents concerning the transaction." We also note that the NYS Dept of Taxation's own website indicates that a "bulk sale" (as referenced in the document you submitted) refers to the sale of a business's assets "in whole or part." See https://www.tax.ny.gov/pubs_and_bulls/tg_bulletins/st/bulk_sales.htm. This stands in direct contradiction to the representations you made to the Court yesterday.

We must therefore demand that you produce all documents related to the transaction at issue. For the avoidance of doubt, this includes, but is not limited to, the asset purchase agreement w/ all schedules; any bills of sale, promissory notes, or lease assignments; a resolution from the members of the predecessor LLC, a certification from the officers, the operating agreement(s) of the two entities, and all secretary of state filings and government filings concerning the transaction. We expect that your client comply fully with the Court's order by Monday, September 9. If you fail to do so, we will seek appropriate sanctions.

Regards,
David

**David D. Lin**
Lewis & Lin LLC
81 Prospect Street, Suite 8001 | Brooklyn, NY 11201
office (718) 243-9323 | fax (718) 243-9326 | direct (718) 243-9325
iLawco.com | TrademarkAttorneys.com | Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.


This electronic message transmission contains information from this law firm which may be confidential or privileged.
The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

---------- Forwarded message ---------
From: <ecf_bounces@nyed.uscourts.gov>
Date: Fri, Sep 6, 2019 at 4:44 PM
Subject: Activity in Case 1:19-cv-02432-ARR-JO Runs Like Butter Inc. v. MVI Systems LLC et al Letter
To: <nobody@nyed.uscourts.gov>