David A. Stein (DS-1631)
MOSKOWITZ & BOOK, LLP
345 Seventh Avenue, 21st Floor
New York, NY 10001
Tel: (212) 221-7999
dstein@mb-llp.com

*Attorneys for Non-Party MVI Industries, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUNS LIKE BUTTER INC. d/b/a BUTTERFLYMX,<br><br>Plaintiff,<br><br>v.<br><br>MVI SYSTEMS LLC and SAMUEL TAUB,<br><br>Defendants. | Case No.: 1:19-cv-02432 (ARR)(JO)<br><br>**NOTICE OF LIMITED APPEARANCE ON BEHALF OF NON-PARTY** |

To the Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that David A. Stein, Esq. of Moskowitz & Book, LLP hereby appears as counsel for interested non-party MVI Industries, LLC in the above-captioned matter, for the limited purpose of representation at the September 23, 2019 status conference herein, and in connection with discovery relating to confidential and proprietary information of MVI Industries, LLC.  I certify that I am admitted to practice in this Court.


Dated:   New York, New York
         September 23, 2019

                                        MOSKOWITZ & BOOK, LLP


                                        By:/s/David A. Stein
                                            David A. Stein (DS-1631)
                                        345 Seventh Avenue, 21st Floor
                                        New York, NY 10001
                                        Tel: (212) 221-7999
                                        dstein@mb-llp.com

                                        *Attorneys for Non-Party MVI Industries, LLC*