| | |
|---|---|
| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

BEFORE: JAMES ORENSTEIN  DATE: 9/23/2019
U.S. MAGISTRATE JUDGE  TIME: 2:00 p.m.

*Runs Like Butter Inc. v. MVI Systems LLC, et al.*
19-CV-2432 (ARR) (JO)

TYPE OF CONFERENCE: Status

APPEARANCES: Plaintiff   David D. Lin

Defendants   Max Moskowitz (counsel), Samuel Taub (client), Simcha D. Schonfeld (witness, non-appearing counsel for MVI Systems, LLC)

SCHEDULING: The next pretrial conference will be held on December 10, 2019, at 10:30 a.m.

SUMMARY: Mr. Taub appeared as required and produced documents pursuant to my earlier order. The plaintiff will promptly review the documents and seek any appropriate relief should the production prove to be incomplete. The parties will confer and submit a stipulated protective order by September 27, 2019; pending my review of that proposed order, the plaintiff shall treat the documents produced today as confidential and make no use of them outside the litigation of this case. I denied the defendants' oral request to order the plaintiff's counsel not to share the documents with the plaintiff, as well as the oral motion for reconsideration of that ruling. The defendants consent in principle to the plaintiff's proposal to further amend its complaint. By October 11, 2019, the plaintiff will either file the new pleading on consent or a motion to amend if, after reviewing the proposed new pleading, the defendants object to it.

SO ORDERED

_____/s/_____
JAMES ORENSTEIN
U.S. Magistrate Judge