UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUNS LIKE BUTTER INC. d/b/a BUTTERFLYMX, *Plaintiff*, v. MVI SYSTEMS LLC and SAMUEL TAUB, *Defendants*. | Case No. 1:19-cv-02432 (ARR)(JO) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendants MVI SYSTEMS LLC and SAMUEL TAUB hereby substitute ADAM E. ENGEL of the law firm THE ENGEL LAW GROUP, PLLC, 280 Madison Avenue, Ste. 705, New York, New York 10016 as its attorney of record in the above-entitled matter in the place and stead of the law firm of Ostrolenk Faber LLP.

MVI SYSTEMS LLC

By: _____

Date: October 16, 2019

SAMUEL TAUB

By: _____

Date: October 16, 2019

OSTROLENK FABER LLP hereby consents to the substitution of ADAM E. ENGEL of the law firm THE ENGEL LAW GROUP, PLLC in its place and stead as attorney of record for Defendants in the above-entitled matter.

OSTROLENK FABER LLP

By: /s/ Max Moskowitz
    Max Moskowitz
    845 Third Avenue
    New York, New York 10022
    Telephone: (212) 596-0500

Date: October 16, 2019

{02465427.1}

ADAM E. ENGEL of the law firm THE ENGEL LAW GROUP, PLLC hereby accepts substitution of attorney of record for Defendants in the above-entitled matter in the place and stead of OSTROLENK FABER LLP.

                                        THE ENGEL LAW GROUP, PLLC

By: _____
        Adam E. Engel
        280 Madison Avenue, Ste. 705
        New York, New York 10016
        Telephone: (212) 665-8095

Date: 10/16/19

## CERTIFICATE OF SERVICE

  I hereby certify that on October 16, 2019, I caused a true and correct copy of NOTICE OF SUBSTITUTION OF COUNSEL to be served on counsel of record via ECF, pursuant to Federal and Local rules.

              /s/ Adam E. Engel
              Adam E. Engel