UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUNS LIKE BUTTER INC. d/b/a BUTTERFLYXM,<br><br>Plaintiff,<br><br>- against -<br><br>MVI SYSTEMS LLC and SAMULE TAUB,<br><br>Defendants. | Case Number: 19-cv-2432 (ARR)(JO)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Adam Engel, a member of this Court in good standing, respectfully enters his appearance as counsel for Defendants MVI Systems LLC and Samuel Taub in the above-referenced action and also has been designated to accept service of all pleadings, notices, filings, correspondence and other papers relating to this litigation on behalf of said parties.

Dated: New York, New York
October 17, 2019

**THE ENGEL LAW GROUP, PLLC**

By: _____
Adam E. Engel

280 Madison Avenue – Suite 705
New York, NY 10016
(212) 665-8095

Attorneys for Defendants MVI Systems
and Samuel Taub