# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin
—
Roberto Ledesma
Justin Mercer
Lauren Valli

81 Prospect Street, Suite 8001
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: David@iLawco.com

October 25, 2019

**VIA ECF**
Hon. James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Runs Like Butter Inc. v. MVI Systems LLC et al.*,
Case No: 1:19-cv-02432 (ARR)(JO)

Dear Judge Orenstein:

      We represent Plaintiff in the above-captioned action and write on behalf of all parties to inform the Court that the parties have reached a settlement in principle and expect to execute a settlement agreement forthwith.  Accordingly, we request that the Court enter a "30 Day Order" to avoid the additional expenses of litigation.  Given the above, we respectfully submit that the Court's order of October 18, directing the parties to submit a joint status report on their efforts to secure Mr. Treitel for a deposition (D.E. 51), is rendered moot.

      We thank the Court for its efforts in this matter.
.

Respectfully submitted,

/s/ David D. Lin
David D. Lin

cc:     Counsel of Record (via ECF)