# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin
—
Roberto Ledesma
Justin Mercer
Lauren Valli

81 Prospect Street, Suite 8001
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: David@iLawco.com

November 25, 2019

**VIA ECF**
Hon. James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Runs Like Butter Inc. v. MVI Systems LLC et al.*,
Case No: 1:19-cv-02432 (ARR)(JO)

Dear Judge Orenstein:

     We represent Plaintiff in the above-captioned action and write on behalf of all parties to request an adjournment of the telephone conference scheduled for tomorrow. The parties have reached a settlement in this matter, but require an additional fifteen days (*i.e.*, until December 10) to effectuate its terms, at which point we expect to file a stipulation of dismissal. Accordingly, we request that the conference be rescheduled for a date after December 10. We apologize for the lateness of this request, but the parties just formalized the settlement terms today. This is the parties' first request of this nature.

     We thank the Court for its efforts in this matter.
.

                                                               Respectfully submitted,

                                                               /s/ David D. Lin
                                                               David D. Lin

cc:       Counsel of Record (via ECF)