**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RUNS LIKE BUTTER INC. d/b/a BUTTERFLYMX, <br><br> Plaintiff, <br><br> v. <br><br> MVI SYSTEMS LLC, SAMUEL TAUB, and MVI INDUSTRIES, LLC, <br><br> Defendants. | Case No. 1:19-cv-2432 (ARR)(JO) <br><br> **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsels that the above-captioned action is voluntarily dismissed, with prejudice against all defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: December 6, 2019

| | |
|---|---|
| LEWIS & LIN, LLC | THE ENGEL LAW GROUP, PLLC |
| By: _____ <br> David D. Lin | By: _____ <br> Adam E. Engel |
| 81 Prospect Street, Suite 8001 <br> Brooklyn, NY 11201 <br> Tel: (718) 243-9323 <br> Fax: (718) 243-9326 <br> Email: david@iLawco.com | 280 Madison Avenue, Suite 705 <br> New York, NY 10016 <br> Tel: (212) 665-8095 <br> Email: aee@elgpllc.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants MVI Systems LLC and Samuel Taub* |

MOSKOWITZ & BOOK, LLP

By: _____
David A. Stein

345 Seventh Avenue, 21st Floor
New York, NY 10001
Tel: (212) 221-7999
Fax: (646) 833-1657
Email: dstein@mb-llp.com

*Attorneys for Defendant MVI Industries, LLC*